# EXHIBIT A

ELECTRONICALLY FILED
11/7/2016 9:41 AM
2016-CH-14507
CALENDAR: 15
PAGE 1 of 9
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
CHANCERY DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT FOR COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* LISA MADIGAN, Attorney General of the State of Illinois, <br><br> Plaintiff, <br><br> v. <br><br> VOLKSWAGEN AKTIENGESELLSCHAFT d/b/a VOLKSWAGEN GROUP and/or VOLKSWAGEN AG; AUDI AG; VOLKSWAGEN GROUP OF AMERICA, INC.; DR. ING. H.C. F. PORSCHE AG d/b/a PORSCHE AG; and PORSCHE CARS NORTH AMERICA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 16-CH-_____ |

**COMPLAINT FOR INJUNCTION, CIVIL PENALTIES AND OTHER RELIEF**

The PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* LISA MADIGAN, Attorney General of the State of Illinois, on her own motion, complains as follows of the Defendants, VOLKSWAGEN AKTIENGESELLSCHAFT d/b/a VOLKSWAGEN GROUP and/or VOLKSWAGEN AG, AUDI AG, VOLKSWAGEN GROUP OF AMERICA, INC., DR. ING. H.C. F. PORSCHE AG d/b/a PORSCHE AG and PORSCHE CARS NORTH AMERICA, INC. (collectively the "Volkswagen Defendants"):

**UNAUTHORIZED IMPAIRMENT OF**
**VEHICLE AIR POLLUTION CONTROL SYSTEMS**

1. This Complaint is brought on behalf of the People of the State of Illinois, *ex rel.* Lisa Madigan, Attorney General of the State of Illinois ("Plaintiff"), on her own motion, against the Volkswagen Defendants pursuant to the terms and provisions of Sections 42(d) and (e) of the Illinois Environmental Protection Act ("Act"), 415 ILCS 5/42(d) and (e) (2014).

ELECTRONICALLY FILED
11/7/2016 9:41 AM
2016-CH-14507
PAGE 2 of 9

2. Volkswagen Aktiengesellschaft d/b/a Volkswagen Group and/or Volkswagen AG ("Volkswagen AG"), is a corporation organized under the laws of Germany whose principal place of business is in Wolfsburg, Germany. Volkswagen AG is the parent corporation of Audi AG and Volkswagen Group of America, Inc.

3. Audi AG is a corporation organized under the laws of Germany whose principal place of business is in Ingolstadt, Germany. Volkswagen AG owns 99.55% of Audi AG's stock.

4. Volkswagen Group of America, Inc. is a corporation organized under the New Jersey law and doing business in all fifty states and the District of Columbia. Its principal place of business is 2200 Ferdinand Porsche Drive, Herndon, Virginia. Audi of America, Inc. is an operating unit of Volkswagen Group of America, Inc.

5. Dr. Ing. h.c. F. Porsche d/b/a Porsche AG is a corporation organized under the laws of Germany whose principal place of business is in Stuttgart, Germany, and is a 100% subsidiary of Volkswagen AG.

6. Porsche Cars North America, Inc. is a Delaware corporation whose principal place of business is One Porsche Drive, Atlanta, Georgia.

7. The Volkswagen Defendants transact business in Illinois through numerous dealers and conduct business from at least one Illinois location.

8. Beginning in the 2009 model year and continuing through the 2016 model year, the Volkswagen Defendants manufactured and installed undisclosed and unauthorized "defeat devices" in diesel light-duty Volkswagen, Audi, and Porsche vehicles equipped with 2.0-liter and 3.0-liter engines (the "Unlawful Vehicles").

2

ELECTRONICALLY FILED
11/7/2016 9:41 AM
2016-CH-14507
PAGE 3 of 9

9. The Volkswagen Defendants' defeat devices consist of software that causes the Unlawful Vehicles' emissions control systems to activate when the cars are undergoing emissions testing, and causes them to disengage at all other times of driving activity.

10. The Unlawful Vehicles include the following makes and models sold or leased in the United States for the 2009 through 2016 model years:

### 2.0 Liter Diesel Models

| Model Year (MY) | Generation (Gen)/Engine | EPA Test Group | Vehicle Make and Model(s) |
|---|---|---|---|
| 2009 | Gen 1 /EA189 | 9VWXV02.035N 9VWXV02.0U5N | VW Jetta, VW Jetta Sportwagen |
| 2010 | Gen 1 /EA189 | AVWXV02.0U5N | VW Golf, VW Jetta, VW Jetta Sportwagen, Audi A3 |
| 2011 | Gen 1 /EA189 | BVWXV02.0U5N | VW Golf, VW Jetta, VW Jetta Sportwagen, Audi A3 |
| 2012 | Gen 1 /EA189 | CVWXV02.0U5N | VW Golf, VW Jetta, VW Jetta Sportwagen, Audi A3 |
| 2013 | Gen 1 /EA189 | DVWXV02.0U5N | VW Beetle, VW Beetle Convertible, VW Golf, VW Jetta, VW Jetta Sportwagen, Audi A3 |
| 2014 | Gen 1 /EA189 | EVWXV02.0U5N | VW Beetle, VW Beetle Convertible, VW Golf, VW Jetta, VW Jetta Sportwagen |
| 2012 2013 2014 | Gen 2 /EA189 | CVWXV02.0U4S DVWXV02.0U4S EVWXV02.0U4S | VW Passat |
| 2015 | Gen 3 /EA288 | FVGAV02.0VAL | VW Beetle, VW Beetle Convertible, VW Golf, VW Golf Sportwagen, VW Jetta, VW Passat, Audi A3 |

### 3.0 Liter Diesel Models

| Model Year (MY) | EPA Test Group(s) | Vehicle Make and Model(s) |
|---|---|---|
| 2009 | 9ADXT03.03LD | VW Touareg, Audi Q7 |
| 2010 | AADXT03.03LD | VW Touareg, Audi Q7 |
| 2011 | BADXT03.02UG BADXT03.03UG | VW Touareg Audi Q7 |
| 2012 | CADXT03.02UG CADXT03.03UG | VW Touareg Audi Q7 |

3

| Year | Code | Model |
|---|---|---|
| 2013 | DADXT03.02UG<br>DADXT03.03UG<br>DPRXT03.0CDD | VW Touareg<br>Audi Q7<br>Porsche Cayenne Diesel |
| 2014 | EADXT03.02UG<br>EADXT03.03UG<br>EPRXT03.0CDD<br>EADXJ03.04UG | VW Touareg<br>Audi Q7<br>Porsche Cayenne Diesel<br>Audi A6 Quattro, A7 Quattro, A8, A8L, Q5 |
| 2015 | FVGAT03.0NU2<br>FVGAT03.0NU3<br>FPRXT03.0CDD<br>FVGAJ03.0NU4 | VW Touareg<br>Audi Q7<br>Porsche Cayenne Diesel<br>Audi A6 Quattro, A7 Quattro, A8, A8L, Q5 |
| 2016 | GVGAT03.0NU2<br>GPRXT03.0CDD<br>GVGAJ03.0NU4 | VW Touareg<br>Porsche Cayenne Diesel<br>Audi A6 Quattro, A7 Quattro, A8, A8L, Q5 |

For purposes of simplicity and clarity, throughout this Complaint, the 2.0 liter Generation 1/EA-189s, the Generation 2/EA-189s, and Generation 3/EA-288s identified above will be referred to, respectively, as "Generation 1s," "Generation 2s," and "Generation 3s," and collectively as the "2.0s"; the 3.0 liter models will be referred to collectively as the "3.0s"; and the 2.0s and 3.0s will be referred to collectively as the "Unlawful Vehicles".

11. The defeat devices effectively suspend operation of pollution control systems in the Unlawful Vehicles during normal driving activity, causing the Unlawful Vehicles to emit nitrogen oxides ("NOx") in excess of the legal limit.

12. Ozone is formed when $NO_x$, emitted by motor vehicles and other sources, combines in the atmosphere with volatile organic compounds ("VOCs") in a complicated reaction in the presence of heat and sunlight. Ozone causes or contributes to many human respiratory health problems, including chest pains, shortness of breath, coughing, nausea, throat irritation and increased susceptibility to respiratory infections, such as asthma, and disproportionately affects vulnerable members of society, particularly children and the elderly.

13. Emissions of $NO_x$ also cause eutrophication of and excess nutrient loading in water bodies, reduce the diversity of fish and other life in these waters and, along with sulfur

ELECTRONICALLY FILED
11/7/2016 9:41 AM
2016-CH-14507
PAGE 4 of 9

dioxide found in the atmosphere from other sources, contribute to the creation of fine nitrate and sulfate particles. Like ozone, fine particulate matter affects Illinois residents by causing human respiratory distress, cardiovascular disease, and even premature mortality. Fine nitrate and sulfate particles are also toxic to aquatic life and vegetation.

14. To sell the Unlawful Vehicles in the United States, the Volkswagen Defendants applied for and obtained Certificates of Conformity from the United States Environmental Protection Agency ("USEPA") and Executive Orders from the California Air Resources Board ("CARB"). In those applications, the Volkswagen Defendants were required to, among other things, disclose all auxiliary emissions control devices ("AECDs") on the vehicles, *i.e.*, any element of design which senses temperature, vehicle speed, engine rotations per minute, transmission gear, manifold vacuum, or any other parameter for the purpose of activating, modulating, delaying, or deactivating the operation of any part of the emission control system. For each such AECD, Defendants were required to provide: (1) a written, detailed justification; (2) the parameters it senses and controls; and (3) a rationale for why the AECD is not a defeat device.

15. The Volkswagen Defendants never disclosed the existence of these defeat devices to regulators, either in their applications for Certificates of Conformity or applications for Executive Orders, and never disclosed the existence of the defeat devices to consumers in their marketing and advertising materials. To the contrary, from 2009 through 2015, the Volkswagen Defendants omitted material information from certification applications they submitted to regulators.

16. To date, Volkswagen has sold more than 568,000 Unlawful Vehicles nationwide, including more than 19,000 in Illinois.

ELECTRONICALLY FILED
11/7/2016 9:41 AM
2016-CH-14507
PAGE 5 of 9

5

ELECTRONICALLY FILED
11/7/2016 9:41 AM
2016-CH-14507
PAGE 6 of 9

17. Section 10(d) of the Act, 415 ILCS 5/10(A)(d) (2014), authorizes the Illinois Pollution Control Board ("Board") to adopt regulations prescribing the following:

> Standards and conditions regarding the sale, offer or use of any fuel, vehicle, or other article determined by the Board to constitute an air-pollution hazard.

18. Pursuant to this authority, the Board adopted Section 240.103 of its Mobile Source Regulations, 35 Ill. Adm. Code 240.103. Under that section, it is unlawful for any person to cause to be inoperative any equipment or feature constituting an operative element of the air pollution control systems or mechanisms required by law to be maintained in or on a motor vehicle.

19. Section 240.102 of the Board's Mobile Source Regulations, 35 Ill. Adm. Code 240.102, provides as follows:

> All terms that appear in this Part have the definitions specified in this Section, the Vehicle Emissions Inspection Law of 2005 [625 ILCS 5/13C], and 35 Ill. Adm. Code 201 and 211.

20. Section 201.102 of the Board's Regulations, 35 Ill. Adm. Code 201.102, provides the following definition:

> "Person": Any individual, corporation, partnership, firm, association, trust, estate, public or private institution, group, agency, political subdivision of this State, any other State or political subdivision or agency thereof or any legal successor, representative, agent or agency of the foregoing.

21. Section 240.105 of the Board's Mobile Source Regulations, 35. Ill. Adm. Code 240.105, provides as follows:

> Any violations of Section 240.103 . . . shall be subject to the penalties as set forth in Section 42 of the Act [415 ILCS 5/42].

22. Each of the Volkswagen Defendants is a "person" as that term is defined in Section 201.102 of the Board's Regulations, 35 Ill. Adm. Code 201.102.

6

23. The United States Environmental Protection Agency's ("USEPA") Tier 2 emissions standards—to which the Volkswagen Defendants certified the Generation 1s, the Generation 2s and the 3.0s—impose a NOx emission limit of .05 grams per mile ("g/mi") at 50,000 miles and .07 g/mi at the Full Useful Life of 120,000 miles. USEPA's Tier 2 standards are codified at 40 C.F.R. § 86.1811–04.

24. USEPA's Tier 3 emissions standards—to which the Volkswagen Defendants certified the Generation 3s—impose a combined non-methane organic gas and NOx limit of .125 g/mi and a durability standard of 150,000 miles. USEPA's Tier 3 standards are codified at 40 C.F.R. § 86.1811–17.

25. Absent functional air pollution control systems, the Unlawful Vehicles cannot comply with USEPA's Tier 2 and Tier 3 emissions standards.

26. By installing defeat devices in the Unlawful Vehicles, the Volkswagen Defendants rendered inoperative those vehicles' air pollution control systems and thereby violated Section 240.103 of the Board's Mobile Source Regulations, 35 Ill. Adm. Code 240.103. The Volkswagen Defendants are thus subject to penalties as set forth in Section 42 of the Act.

27. The Volkswagen Defendants' violations of Section 240.103 of the Board's Mobile Source Regulations, 35 Ill. Adm. Code 240.103, were willful and knowing.

WHEREFORE, Plaintiff, PEOPLE OF THE STATE OF ILLINOIS, respectfully requests that this honorable Court enter an order against the Defendants, VOLKSWAGEN AKTIENGESELLSCHAFT d/b/a VOLKSWAGEN GROUP and/or VOLKSWAGEN AG, AUDI AG, VOLKSWAGEN GROUP OF AMERICA, INC., DR. ING. H.C. F. PORSCHE AG d/b/a PORSCHE AG and PORSCHE CARS NORTH AMERICA, INC., as follows:

ELECTRONICALLY FILED
11/7/2016 9:41 AM
2016-CH-14507
PAGE 7 of 9

1. Finding that the Volkswagen Defendants have willfully and knowingly violated Section 240.103 of the Board's Mobile Source Regulations, 35 Ill. Adm. Code 240.103;

2. Preliminarily and permanently enjoining the Volkswagen Defendants from any future violations of Section 240.103 of the Board's Mobile Source Regulations, 35 Ill. Adm. Code 240.103;

3. Assessing against the Volkswagen Defendants a civil penalty of Fifty Thousand Dollars ($50,000.00) for each violation of Section 240.103 of the Board's Mobile Source Regulations, 35 Ill. Adm. Code 240.103, and an additional penalty of Ten Thousand Dollars ($10,000.00) for each day of each violation;

4. Ordering the Volkswagen Defendants to pay all costs, pursuant to Section 42(f) of the Act, 415 ILCS 5/42(f) (2014), including any attorney, expert witness, and consultant fees expended by the State in its pursuit of this action; and

ELECTRONICALLY FILED
11/7/2016 9:41 AM
2016-CH-14507
PAGE 8 of 9

5.      Granting such other relief as this Court deems appropriate and just.

                                      PEOPLE OF THE STATE OF ILLINOIS,
                                      *ex rel.* LISA MADIGAN,
                                      Attorney General of the State of Illinois

                                      MATTHEW J. DUNN, Chief
                                      Environmental Enforcement/Asbestos
                                      Litigation Division

                                BY: _____
                                    ELIZABETH WALLACE, Chief
                                      Environmental Bureau
                                      Assistant Attorney General

Of Counsel:
Gerald Karr
Angad S. Nagra
69 W. Washington Street, 18th Floor
Chicago, IL 60602
(312) 814-5361
Primary e-mail address: anagra@atg.state.il.us
Secondary e-mail address: mcacaccio@atg.state.il.us

ELECTRONICALLY FILED
11/7/2016 9:41 AM
2016-CH-14507
PAGE 9 of 9

# EXHIBIT B



Case Information Summary for Case Number
2016-CH-14507

Filing Date: 11/7/2016                          Case Type: INJUNCTION
Division: Chancery Division                     District: First Municipal
Ad Damnum: $0.00                                Calendar: 15

## Party Information

**Plaintiff(s)**                                **Attorney(s)**
ILLINOIS ATTORNEY GENERAL                       ATTORNEY GENERALS OFFICE
                                                100 W RANDOLPH13-194
                                                CHICAGO IL, 60601
                                                (312) 814-3000

| **Date of Service** | **Defendant(s)** | **Attorney(s)** |
|---|---|---|
| | AUDI AG | |
| | DR ING H.C.F. PORSCHE AG | |
| | PORSCHE AG | |
| | PORSCHE CARS OF NORTH AME | |
| | VOLKSWAGEN AG | |
| | VOLKSWAGEN GROUP | |
| | VOLKSWAGEN GROUP OF AMERI | |
| | VOLKWAGEN AKTIENGESELLSCH | |

**Case Activity**

| | |
|---|---|
| Activity Date: 11/7/2016 | Participant: ILLINOIS ATTORNEY GENERAL |

INJUNCTION COMPLAINT FILED

Attorney: ATTORNEY GENERALS OFFICE

| | |
|---|---|
| Activity Date: 11/7/2016 | Participant: PORSCHE CARS OF NORTH AME |

SUMMONS ISSUED AND RETURNABLE

| | |
|---|---|
| Activity Date: 11/7/2016 | Participant: VOLKWAGEN AKTIENGESELLSCH |

SUMMONS ISSUED AND RETURNABLE

| | |
|---|---|
| Activity Date: 11/7/2016 | Participant: VOLKSWAGEN GROUP |

SUMMONS ISSUED AND RETURNABLE

| | |
|---|---|
| Activity Date: 11/7/2016 | Participant: VOLKSWAGEN AG |

SUMMONS ISSUED AND RETURNABLE

| | |
|---|---|
| Activity Date: 11/7/2016 | Participant: AUDI AG |

SUMMONS ISSUED AND RETURNABLE

| | |
|---|---|
| Activity Date: 11/7/2016 | Participant: VOLKSWAGEN GROUP OF AMERI |

SUMMONS ISSUED AND RETURNABLE

| | |
|---|---|
| Activity Date: 11/7/2016 | Participant: DR ING H.C.F. PORSCHE AG |

SUMMONS ISSUED AND RETURNABLE

| | |
|---|---|
| Activity Date: 11/7/2016 | Participant: PORSCHE AG |

SUMMONS ISSUED AND RETURNABLE

| | |
|---|---|
| Activity Date: 11/7/2016 | Participant: ILLINOIS ATTORNEY GENERAL |

CASE ELECTRONICALLY FILED

Attorney: ATTORNEY GENERALS OFFICE

Activity Date: 11/7/2016    Participant: ILLINOIS ATTORNEY GENERAL

CASE SET ON CASE MANAGEMENT CALL

Date: 3/7/2017
Court Time: 1000
Court Room: 2410

Judge: PANTLE, KATHLEEN M.
Attorney: ATTORNEY GENERALS OFFICE

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

Start a New Search