UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                      General Court Number
Clerk of Court                                                                            415-522-2000

May 25, 2017

Circuit Court of Cook County
Chancery Division
Richard J. Daley Center
Office of the Clerk
50 West Washington Street, Room 802
Chicago, IL 60602


IN RE : VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION  -  MDL CASE NO. 15-md-2672 CRB (JSC)

RE:  People of the State of Illinois  v.  Volkswagen Aktiengesellschaft  et al.
       16-cv-7370-CRB

Your Case Number: 16-CH-14507

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (x )    Certified copies of docket entries

   (x )    Certified copies of Remand Order

   ( )     Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.


                                                                      Sincerely,

                                                                      Susan Y. Soong, Clerk

                                                                      _____
                                                                      by:  Maria Loo
                                                                      Case Systems Administrator